IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS MORRISSEY, | |
| Plaintiff, | No. 3:11-CV-919 |
| v. | (JUDGE CAPUTO) |
| JEROME WALSH; DISTRICT ATTORNEY OF LUZERNE COUNTY and ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | (MAGISTRATE JUDGE SMYSER) |
| Respondents. | |

## ORDER

**NOW** this 20th day of October, 2011, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED**.

(2) This case is **DISMISSED WITHOUT PREJUDICE**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge