IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS MORRISSEY,<br><br>Plaintiff,<br><br>v.<br><br>JEROME WALSH; DISTRICT ATTORNEY OF LUZERNE COUNTY and ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br><br>Respondents. | No. 3:11-CV-919<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SMYSER) |

## ORDER

**NOW** this 20TH day of October, 2011, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED**.

(2) This case is **DISMISSED WITHOUT PREJUDICE**.

A. Richard Caputo
United States District Judge